# IN THE UNITED STATES US DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM LEE TUCKER , Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERSTATE HOME LOANS CENTER, INC., ALEX NIVEN, TERENCE CULLEN, KENNETH TUMSUDEN, ELLEN ZUCKERMAN, AND JEANNE WICKS<br><br>Defendants. | Case No. 2:2020-cv-01906 (JMA/JMW)<br><br>**ECF CASE**<br><br>**MOTION FOR SETTLEMENT APPROVAL OF A FAIR LABOR STANDARDS ACT CASE (UNOPPOSED)** |

Plaintiff, by and through his counsel of record, moves this Honorable Court for an Order approving the settlement of this action pursuant to *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir, 2016).

This motion is based on the accompanying Memorandum of Law in Support, the Declaration of Erik H. Langeland, Esq., the Settlement Agreement, and Plaintiff's Estimated Calculation of Damages.

January 18, 2023

Respectfully Submitted,

/s/ Erik H. Langeland
Erik H. Langeland
733 3rd Avenue, 16 Floor
New York, NY 10017
(212) 354-6270
(646) 650-2782 fax
elangeland@langelandlaw.com

Justin Reilly
NHG Law Group, P.C.

4242 Merrick Road
Massapequa, New York 11758
Tel: 516.228.5100

James B. Zouras
STEPHAN ZOURAS, LLP
100 North Riverside Plaza, Suite 2150
Chicago, IL 60606
(312) 233-1550